**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                                    Case No. 11-cr-125-PB

**Joseph Lawyer**

**O R D E R**

The defendant has moved through counsel to continue the November 1, 2011 trial in the above case, citing the need for additional time to prepare for trial or other disposition. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 1, 2011 to January 4, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 25, 2011 final pretrial conference is continued to December 22, 2011 at 3:00 pm.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October , 2011

cc: Richard Monteith, Jr., Esq.
    Robert Viega, Esq.
    United States Marshal
    United States Probation