**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                          Case No. 11-cr-125-PB

**Joseph Lawyer**

**O R D E R**

The defendant has moved through counsel to continue the March 6, 2012 trial in the above case, citing the need for additional time to engage in plea negotiations and address forfeiture and sentencing issues prior to trial. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 6, 2012 to April 3, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court February 28, 2012 final pretrial conference is continued to March 26, 2012 at 4:15 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 27, 2012

cc:   Richard Monteith, Jr., Esq.
      Robert Veiga, AUSA
      United States Marshal
      United States Probation